IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CECLIA TATE,**  **PLAINTIFFS**
**Guardian of Adaisyah Coley,**
**on behalf of Estate of Derick Coley,** *et al.*

v.   CASE NO. 4:20-CV-00558-BSM

**ARKANSAS DEPARTMENT**
**OF CORRECTIONS,** *et al.*   **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED, this 15th day of December, 2020.

*[signature]*
UNITED STATES DISTRICT JUDGE

.